**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ROMAN J. KOROPEY, LTD         :   No. 608 MAL 2022
                       :
                       :
          v.                 :   Petition for Allowance of Appeal
                       :   from the Order of the Superior Court
                       :
VASILIOS J. KALOGREDIS AND LAMB   :
MCERLANE, PC                   :
                       :
          v.                 :
                       :
STEPHANIE P. KALOGREDIS       :
                       :
PETITION OF: ROMAN J. KOROPEY, LTD   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 28th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.